UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

CHRISTOPHER GEORGE SANDERS             CIVIL ACTION NO. 16-0913-P

VERSUS                                 JUDGE S. MAURICE HICKS, JR.

CADDO CORRECTIONAL CENTER, ET AL.      MAGISTRATE JUDGE HAYES

**JUDGMENT**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Plaintiff's civil rights complaint is **DENIED** and **DISMISSED WITH PREJUDICE** in accordance with the provision of 28 U.S.C. §§ 1915(e)(2)(b) and 1915A.

The Clerk of Court is instructed to send a copy of this Order/Judgment to the keeper of the Three Strikes List in Tyler, Texas.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 29th day of September, 2016.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE